STATE OF NEW YORK
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.3813     AND FILED ON     5/15/2007

---

THE GUARDIAN NEWS, INC.,                                    **Plaintiff(s)/Petitioner(s)**

                           Vs.

VILLAGE OF PELHAM, NEW YORK, ET AL                          **Defendant(s)/Respondent(s)**

---

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/21/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF PELHAM, NEW YORK                  (herein called recipient) therein named.

At Location: 195 SPARKS AVENUE

PELHAM NY

By delivering to and leaving with TERRI ROUKE and that deponent knew the person so served to be the VILLAGE CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/40 | Height | 5'6" | | |
| Weight | 145 | Other Features | | | |

Sworn to before me on 5/22/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod (signature)
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.3813    AND FILED ON    5/15/2007

THE GUARDIAN NEWS, INC.,     Plaintiff(s)/Petitioner(s)

Vs.

VILLAGE OF PELHAM, NEW YORK, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                     SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 5/21/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES
Party Served: RICHARD SLINGERLAND, ADMINISTRATOR     (herein called recipient) therein named.
At Location: 195 SPARKS AVENUE

PELHAM NY

By delivering to and leaving with TERRI ROUKE, VILLAGE CLERK a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 5/22/07, deponent completed service by depositing a copy of the SUMMONS, COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 35/40 | Height | 5'6" | Weight | 145 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 5/22/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4855052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#: