# MSSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
OF COUNSEL

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL  (516) 741-7676
FAX  (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
PETER M. TUCCIARONE*◊
CHRISTOPHER MILLER

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
° RESIDENT IN WESTCHESTER

WRITER'S DIRECT DIAL:
(516) 741-8383

WRITER'S E-MAIL:
BSokoloff@MSSSV.com

May 29, 2007

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarrpoas Street
White Plains, New York 10601

          Re:    The Guardian News, Inc. v. Village of Pelham, et al.
                  Docket No. 07 Civ. 3813 (CLB)
                  Our File No. 07-381

Dear Judge Brieant:

      This letter confirms my conversation with Alice Cama today, in which I advised her that plaintiff's counsel and I agreed to adjourn the initial conference in the above-referenced matter from June 1, 2007 to June 22, 2007. Ms. Cama indicated that June 22, 2007 was the new date for the conference. I have so notified Mr. Lovett.

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP**

---

HON. CHARLES L. BRIEANT
MAY 29, 2007
PAGE 2 OF 2

      Thank you for your consideration of this matter.

                                        Very truly yours,

                                        MIRANDA SOKOLOFF SAMBURSKY
                                        SLONE VERVENIOTIS LLP

                                        Brian S. Sokoloff

BSS/--