# MSSV
## MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN
—
JOHN J. O'DONNELL
MARK R. OSHEROW*◊☐
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

**BRANCH OFFICES:**
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
PETER M. TUCCIARONE*◊
CHRISTOPHER MILLER

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
☐ ALSO ADMITTED IN FLORIDA
°RESIDENT IN WESTCHESTER

June 22, 2007

**MEMO ENDORSED**

**VIA OVERNIGHT MAIL**

Hon. Charles L. Brieant
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

*Application granted
SO ORDERED
June 25, 2007
Charles L. Brieant
USDJ*

      Re:    ***The Guardian News v. Michael J. Marino, et al.***
             Docket No.:    07-CV-2862 (CLB)
             Our File No.:   07-344

            ***The Guardian News v. Town of New Castle, et al.***
             Docket No.:    07-CV-3812 (CLB)
             Our File No.:   07-382

            ***The Guardian News v. Village of Pelham, et al.***
             Docket No.:    07-CV-3813 (CLB)
             Our File No.:   07-381

Dear Judge Brieant:

    We represent the defendants in the above-referenced matters.

    Pursuant to Your Honor's Individual Rules and the Court's June 1, 2007 Scheduling Order, defendants must complete the deposition of the plaintiff on the limited issue of qualified immunity by July 2, 2007. We write upon the consent of plaintiff's counsel to request a three week extension of that deadline.

    In this regard, plaintiff's counsel advised that he is unavailable next week and the week after is the July 4th holiday, making scheduling difficult. In addition, this firm is handling five

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS** LLP

---

HON. CHARLES L. BRIEANT
JUNE 22, 2007
PAGE 2 OF 2

other similar suits filed by the plaintiff against various municipalities. As per the Court's directive at the Initial Conference, we have engaged in discussions with the plaintiff's counsel regarding the possibility of resolving some of the controversies before the court. We respectfully submit that this brief extension will not result in a significant delay in the litigation and will also allow the parties to continue their efforts in this regard before incurring extensive litigation costs.

    This is the parties' first request for an extension in this regard.

    Thank you for your consideration of this matter.

Respectfully submitted,

**MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS** LLP

Adam I. Kleinberg

cc:    Jonathan Lovett, Esq. (via fax)