UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
THE GUARDIAN NEWS,

                    Plaintiff,

-against-

VILLAGE OF PELHAM, New York, and RICHARD
SLINGERLAND, individually,

                    Defendants.
-------------------------------------------------------x

Docket No.
07 Civ. 3813 (CLB)

**AND ORDER
STIPULATION OF
DISCONTINUANCE
WITHOUT PREJUDICE
AS TO DEFENDANT
SLINGERLAND ONLY**

**IT IS HEREBY STIPULATED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued without prejudice as against defendant **RICHARD SLINGERLAND** only, without costs to any party as against another.

**IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
             June 29, 2007

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By: _____
    Jonathan Lovett (JL-   )
                  4854
SO-ORDERED:

_____
U.S.D.J.

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 07-381

By: _____
    Adam I. Kleinberg (AIK-0468)