UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE GUARDIAN NEWS,

                       Plaintiff,

-against-

VILLAGE OF PELHAM, New York, and RICHARD
SLINGERLAND, individually,

                       Defendants.
-----------------------------------------------------------x

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

07 CIV. 3813 (CLB)

IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice as against any and all defendants, without costs or disbursements or fees of any kind, including attorneys fees.

IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

Dated: Mineola, New York
        March 25, 2008

LOVETT & GOULD, LLP
Attorneys for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

By:_____
    Jonathan Lovett (JL-4854)

SO-ORDERED
_____
U.S.D.J.
6-26-08

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676

By:_____
    Brian S. Sokoloff (BSS-7147)